

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2021

No. 04-19-00212-CR

Sean Leroy **HAYS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice[1]
Luz Elena Chapa, Justice
Beth Watkins, Justice

On November 4, 2020, this court issued an opinion affirming the trial court's judgment. Appellant filed a "Motion for New Hearing" asking this court to "order a new appeal hearing based on ineffective assistance of counsel and withholding exculpatory evidence." The motion is DENIED.

It is so **ORDERED** on January 8, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] Not participating.